**Order entered May 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01765-CV

## IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54435-2011**

## ORDER

By letter filed May 5, 2014, court reporter Sheri J. Vecera informs us that she has completed the record but has not filed it because she is awaiting payment of her fee. Based on the letter, we **ORDER** Ms. Vecera to file, no later than May 20, 2014, either (1) written verification that no payment has been made or (2) the record. Appellant is cautioned that the appeal may be submitted without the record if verification of non-payment is received. *See* TEX. R. APP. P. 37.3(c).

/s/     ELIZABETH LANG-MIERS
         JUSTICE